UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Justin C Pfeiffer | § § | |
| *versus* | § § | Case Number: 4:19−cv−02760 |
| Ajamie PLLC, et al. | § | |

## Notice of Reassignment

    Pursuant to Special Order No. 2019−4, this case is reassigned to the docket of United States District Judge Charles Eskridge. Deadlines in scheduling orders remain in effect, and all court settings are vacated.

Date: October 24, 2019

David J. Bradley, Clerk