United States District Court
Southern District of Texas
**ENTERED**
November 07, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN C. PFEIFFER, | § | CIVIL ACTION NO. |
| Plaintiff, | § | H-19-2760 |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| AJAMIE PLLC d/b/a | § | |
| AJAMIE LLP, THOMAS | § | |
| R. AJAMIE, DONA | § | |
| SZAK, JOHN WITHERS | § | |
| CLAY V, *and* MARY | § | |
| SEYNAEVE, | § | |
| Defendants. | § | |

## ORDER

This case was reassigned to this Court on October 24, 2019. Dkt. 48.

Pending before the Court is Defendant Ajamie LLP's Motion for Preliminary Injunction and to Place Document Under Seal, filed on an emergency basis and under seal. Dkt. 51.

So that Plaintiff Justin Carl Pfeiffer has a chance to respond, and to provide the Court a basis for ruling, the Court sets the following schedule:

1. Pfeiffer must file his response by Monday, November 11.
2. Ajamie LLP must file its reply, if any, by Tuesday, November 12.
3. The parties shall appear for a hearing on Wednesday, November 13, 2019 at 10:00 am, Courtroom 8B, 515 Rusk Avenue, Houston, Texas.

The parties must provide courtesy copies to the Court in chambers upon filing.

At or shortly after this hearing, the Court will issue an order regarding Ajamie LLP's pending motion. Until the Court provides that further order, the Court ORDERS as follows:

1. Pfeiffer shall not share, disclose, or discuss, or offer to share, disclose or discuss, confidential or privileged information or documents concerning Ajamie LLP's clients obtained during Pfeiffer's employment by Ajamie LLP with anyone other than the Court, Ajamie LLP, or Ajamie LLP's counsel; and

2. Pfeiffer shall, if called upon to disclose any information regarding a client of Ajamie LLP pursuant to a subpoena or other legal process, immediately inform the Court and Ajamie LLP.

The Court further ORDERS that the Clerk of Court shall place and maintain Docket 49 under seal until further order.

It is so ORDERED.

Signed on November 7, 2019, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge