# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
September 24, 2020

David J. Bradley, Clerk of Court

No. 19-20827

JUSTIN C. PFEIFFER,

*Plaintiff—Appellant*,

*versus*

AJAMIE, P.L.L.C., *doing business as* AJAMIE, L.L.P.; THOMAS R. AJAMIE; DONA SZAK; JOHN CLAY WITHERS, V,

*Defendants—Appellees*.

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-2760

CLERK'S OFFICE:

19-20827

Under FED. R. APP. P. 42(B), the appeals are dismissed as of September 24, 2020, pursuant to the stipulation of the parties.

LYLE W. CAYCE

Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Jann Wynne*

Jann M. Wynne, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 24, 2020

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 19-20827    Justin Pfeiffer v. Ajamie, P.L.L.C., et al
                           USDC No. 4:19-CV-2760

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Jann M. Wynne, Deputy Clerk
                                  504-310-7688

cc w/encl:
    Mr. Charles Henry Peckham
    Mr. Justin Carl Pfeiffer